IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL RASKAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| JOHNSON & JOHNSON; | ) |
| | ) |
| MCNEIL-PPC, INC.; | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

I, Kirk Barton, on my oath hereby state and affirm as follows:

1. I am over eighteen (18) years of age and am in all respects competent to execute this Affidavit. The facts stated herein are true, known to me of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I am the Senior Finance Director in the McNeil Consumer Healthcare Division at McNeil-PPC, Inc. McNeil Consumer Healthcare markets a broad range of over-the-counter medications, including Tylenol Multi-Symptom Cold solid medications.

3. As Senior Finance Director, I am responsible for financial reporting compliance, budgeting, financial planning, and financial decision support at McNeil Consumer Healthcare.

4. I am familiar with data sources available for sales of McNeil Consumer Healthcare's products at the state level, including data for sales in the State of Missouri.

5. McNeil Consumer Healthcare does not maintain data tracking product sales to consumers on the state level, but the company does maintain data on sales to its direct

purchasers, such as wholesalers, by location. In the preceding five years, dating back to July 2007 (to capture packages that likely reached retail shelves 8-12 weeks later), a total of 593,104 packages of Tylenol solid cold medications treating multiple symptoms were shipped to McNeil Consumer Healthcare's direct purchasers, such as wholesalers, in the State of Missouri. These packages were sold to direct purchasers for approximately $2,555,096. Based on data maintained by McNeil comparing retail prices for the company's products to wholesale prices, the retail price for these packages was approximately $3,469,310.

6. I swear under penalty of perjury under the laws of the state of Missouri that the foregoing is true and correct, and that this Affidavit was executed by me on the 20th day of November, 2012.

Further affiant sayeth not.

_____
Kirk Barton

STATE OF Pennsylvania )
                      ) ss.
COUNTY OF Montgomery )

On this 20th day of November, 2012, before me personally appeared, Kirk Barton, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year last above written.

Notary Public       _Susan C Fisher_
My Commission Expires:  03/02/2013

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan C. Fisher, Notary Public
Whitemarsh Twp., Montgomery County
My Commission Expires March 2, 2013
Member, Pennsylvania Association of Notaries