

RECEIVED
JAN 2 8 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| DANIEL RASKAS, | ) |
| Plaintiff, | ) Case No. 4:12-cv-02174-JCH |
| v. | ) |
| JOHNSON & JOHNSON; MCNEIL-PPC, | ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO FILE
### MOTION TO TRANSFER AND COORDINATE PROCEEDINGS
### AND MEMORANDUM OF LAW IN SUPPORT

COME NOW Bayer HealthCare LLC (*Yoffie v. Bayer HealthCare, LLC*, No. 4:12-cv-02307 (E.D. Mo.) (Perry, J.)) and Pfizer Inc. (*Levy v. Pfizer, Inc.*, No. 4:12-cv-02266 (E.D. Mo.) (Autrey, J.)) ("Movants") and move this Court to grant leave to file Motion to Transfer and Coordinate Proceedings and Memorandum of Law in Support for the reasons set forth therein. In support of the instant motion, movants state as follows:

1.  Bayer HealthCare LLC is the sole defendant in *Yoffie v. Bayer HealthCare, LLC*, No. 4:12-cv-02307 (E.D. Mo.) (Perry, J.).

2.  Pfizer Inc. is the sole defendant in *Levy v. Pfizer, Inc.*, No. 4:12-cv-02266 (E.D. Mo.) (Autrey, J.).

3.  As more fully explained in the Motion to Transfer and Coordinate Proceedings and Memorandum of Law in Support, attached hereto as Exs. A and B respectively, the complaints in these Movants' cases are nearly cookie-cutter copies of each other and of the complaint in the instant case now before this Court. As such, Movants respectfully submit that pursuant to Rule 42(a) Fed. R. Civ. P. and L.R. 42 – 4.03 coordination of all three cases for pretrial proceedings in this Court is appropriate.

4.   Defendants Johnson & Johnson and McNeil-PPC do not object to the relief sought in this motion and have consented to such coordination for pretrial purposes.

WHEREFORE, Movants pray that this court grant them leave to file the Motion to Transfer and Coordinate Proceedings and Memorandum of Law in Support and for such other relief as this Court deems appropriate in the circumstance.

Dated: January 28, 2013

/s/ Terry Lueckenhoff
Terry Lueckenhoff, #27810MO
Fox Galvin, LLC
One S. Memorial Drive, 12th Floor
St. Louis, MO 63102
314-588-7000
314-588-1965 (Fax)
tlueckenhoff@foxgalvin.com

Eugene A. Schoon (admitted *pro hac vice*)
Elizabeth M. Chiarello (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
312-853-7000
312-853-7036 (Fax)
eschoon@sidley.com
echiarello@sidley.com

*Attorneys for Bayer HealthCare, LLC*

/s/ James P. Muehlberger (by consent)
James P. Muehlberger, #51346MO
Douglas B. Maddock, Jr., #53072MO
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
816-421-5547 (Fax)
jmuehlberger@shb.com
dmaddock@shb.com

*Attorneys for Pfizer Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2013, a true and correct copy of the above and foregoing pleading was sent via U.S. Mail, postage prepaid, to:

Richard S. Cornfeld
Law Office of Richard S. Cornfeld
1010 Market Street, Suite 1605
St. Louis, MO 63101
rcornfeld@cornfeldlegal.com

*Attorneys for Plaintiff*

Dan H. Ball
Christopher J. Schmidt
Bryan Cave LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102
dhball@bryancave.com
cjschmidt@bryancave.com

Stephen D. Brody
O'Melveny & Myers
1625 Eye Street, N.W.
Washington, D.C. 20006
sbrody@omm.com

*Attorneys for Defendants Johnson & Johnson and McNeil-PPC*

3