IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL RASKAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-2174 |
| | ) | |
| JOHNSON & JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MARJIE LEVY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-2266 |
| | ) | |
| PFIZER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| LESLIE YOFFIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-2307 |
| | ) | |
| BAYER HEALTHCARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING ENTIRE ACTION

**THE COURT**, having considered the Parties' STIPULATION OF DISMISSAL, it is hereby **ORDERED**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire Action is dismissed. The dismissal is with prejudice as to the claims of individual Plaintiffs Daniel

5981215 v1

Raskas, Marjie Levy, and Leslie Yoffie and without prejudice to the claim of any other individual. No fees or costs are awarded by the Court.

IT IS SO ORDERED.

Dated: 11\8\13

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

2

5981215 v1